# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# -AT MARTINSBURG-

**ROBERT TURNER and PEGGY TURNER, Husband and Wife,**

    Plaintiffs,

v.                                      **CIVIL ACTION NO. 3:22-CV-149**
                                            **JUDGE: Hon. Gina M. Groh**

**MGI LEASING, INC., an Iowa Corporation, and JOHN ANDREW GOFF,**

    Defendants.

## DISMISSAL ORDER

On this date came the parties, by their respective counsel, and announced to the Court that all matters herein and in controversy have been compromised and resolved and that this matter may, thus, be dismissed with prejudice and removed from the Court's docket with the parties to bear their own fees and costs related to this matter.

**WHEREFORE**, finding that dismissal is proper, and hearing no objection thereto, the Court does hereby **DISMISS** this civil action with prejudice, with all parties bearing their own fees and expenses. The Clerk is directed to forward a copy of this Order to all counsel of record. Entered this 7th day of February, 2025.

                                                                     _____
                                                                   Honorable Gina M. Groh, District Judge

**Prepared by:**
*/s/ Mark E. Troy*
Mark E. Troy (WV Bar #6678)
  mtroy@forthepeople.com
  Morgan & Morgan
  222 Capitol Street, Suite 400
  Charleston, WV  25301
  T: (304) 345-1122
  F: (304) 414-5692
*Counsel for Plaintiffs*

**Reviewed and approved by:**

*/s/ Jordan C. Hettrich*
Jordan C. Hettrich (WV Bar # 12137)
jhettrich@pionlaw.com
420 Fort Duquesne Blvd.
1500 One Gateway Center
Pittsburgh, PA 15222
T: (412) 281-2288
*Counsel for Defendants*